**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX**

<table>
<tr><td>

**ATLANTIC BASIN REFINING, INC.**

    **APPELLANT, PLAINTIFF,**

VS.

**ARCLIGHT CAPITAL PARTNERS, LLC
AND JP ENERGY PARTNERS, LP,**

    **APPELLEES, DEFENDANTS.**

</td><td>

**CASE NO.: 1:15-cv-00071**

</td></tr>
</table>

**NOTICE OF APPEAL**

Atlantic Basin Refining, Inc. appeals from the final order of the United States District Court of the Virgin Islands, entered on March 27, 2026 (Doc. No. 380), and all underlying orders, including, without limitation, the following orders:

1.  Order granting Defendants' Motion to Dismiss (Doc. No. 216)

2.  Order on Plaintiff's Motion to Reconsider (Doc. No. 245)

                     Respectfully submitted,

                     Atlantic Basin Refining, Inc.

**Dated**: April 14, 2026

              /s/ Andrew C. Simpson
            By: Andrew C. Simpson
            VI Bar No. 451
            **ANDREW C. SIMPSON, P.C.**
            2191 Church Street, Suite 5
            Christiansted, VI 00820
            Tel: 340.719.3900
            asimpson@coralbrief.com